# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the Matter of the Search of the premises located at 382117 E 1120 Road, Weleetka, Oklahoma and 382103 E 1120 Road, Weleetka, Oklahoma** | Case No. 20-MJ-141-KEW |

## SEARCH AND SEIZURE WARRANT

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

### SEE ATTCHMENT "B"

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before  9/30/2020
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.
☐ at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Kimberly E. West.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
    ☐ for _____ days *(not to exceed 30)*.
    ☐ until, the facts justifying, the later specific date of _____.

Date: 9/16/2020

*Judge's signature*

City and state:  Muskogee, Oklahoma

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

| RETURN | | |
|---|---|---|
| Case No.: 198A-OC-3293204 | Date and time warrant executed: 9/17/2020 7:00 AM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: No property or evidence collected. Search concluded when PD AOVPD after area was searched for human remains. | | |

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/17/2020

_Paul Davis_
*Executing officer's signature*

Special Agent Paul Davis
*Printed name and title*